UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Bell, et al ,

                    Plaintiff(s),

***MEDIATION CERTIFICATION***

13 - cv - 6586

v.

Xerox Corporation, et al ,

                    Defendant(s).

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on  11/17/17 .

    ☑ *Case has settled.* (Comment if necessary).

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 11/17/17          **Mediator:** /S/ Robert B. Calihan

**Additional Comments:**
_____
_____
_____